IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kenneth Curtis ) | Case No:    13-01905 |
| ) | Judge:    Hunt |
| ) | Chapter:    13 |
| ) | |
| Debtor(s). ) | |

## NOTICE OF MOTION

TO:   Marilyn O. Marshall. 224 S. Michigan, Suite 800, Chicago, IL  60604 (ECF Notice)
Kenneth Curtis, 514 E. 89th Street, Chicago, IL  60619 (U.S. Mail) & Attached Service List

PLEASE TAKE NOTICE that on **Nov. 5, 2018 at 9:30 a.m**. or soon thereafter as I may be heard, I shall appear before the Honorable Judge Lashonda Hunt or any other Bankruptcy Judge presiding her place in **Courtroom 719** of the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL on the attached Motion For A Hardship Discharge, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 8525 S. Stony Island Ave., Chicago, Illinois, before 5:30 pm on October 24, 2018, 2018 or via electronic notice from the bankruptcy court.

/s/ James L. Hardemon
James L. Hardemon,
Counsel for Debtor

James L. Hardemon,  #1126229
Legal Remedies Chartered
8525 S. Stony Island Ave.
Chicago, IL 60617
(773) 374-5288

**Service List**

Bank of America
450 America Street
Simi Valley, CA 93065-6285

Cap One
Po Box 85520
Richmond, VA 23285

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Monterey Financial Svc
4095 Avenida De La Plata
Oceanside, CA 92056

Premier Credit Corpora
2773 Remico St Sw
Wyoming, MI 49519

Trinity Hospital
2320 East 93rd Street
Chicago, IL 60617

Verizon Wireless/Great
1515 Woodfield Rd Ste140
Schaumburg, IL 60173

Case 13-01905    Doc 51    Filed 10/24/18    Entered 10/24/18 09:14:28    Desc Main
Document    Page 3 of 5

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kenneth Curtis | ) | Case No:    13-01905 |
| | ) | Judge:    Pamela S. Hollis |
| | ) | Chapter:    13 |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR A HARDSHIP DISCHARGE**

**NOW COMES** Movant, Albert Lee Curtis, Jr., Administrator of the Estate of Kenneth Curtis, the deceased debtor in this matter, and moves this Honorable Court for an entry of an Order for discharge, and in support of the motion, states as follows:

1. On January 17, 2013, Debtor, Kenneth Curtis, filed a bankruptcy petition under Chapter 13 of the Bankruptcy Code.

2. That the Chapter 13 plan was confirmed on March 27, 2013.

3. Debtor maintained payments on the chapter 13 plan until the time of his death on July 5, 2013.  See Exhibit 1, death certificate, hereto attached.

4. That on or about October 2014 Debtor's death was brought to the attention of the Court and the Chapter 13 Trustee.

5. That during the Court hearing of November 12, 2014, it was brought to the attention of the Court and the Chapter 13 Trustee that the heirs of the Debtor wished to complete the chapter 13 plan and continue with the plan payments. It was agreed that heirs could continue with the plan payments.

6. That Albert Lee Curtis received Letters of Office from the Circuit Court of Cook County, Probate Department on June 25, 2018, appointing him as the independent administrator of his brother's estate, Kenneth Curtis, case number 2018P004124.  See Exhibit 2, Letters of Office.

7. That Mr. Albert Curtis completed Debtor's Kenneth's Curtis Financial Education and the Domestic Support Obligation disclosure and said documents have been filed with the Court.

8. That all payments have been made under the terms of the plan and Debtor's Financial Education course has been completed and the certificate filed with the courts as well as the Domestic Support Obligation document.

9. That Debtor is eligible for a discharge.

**WHEREFORE**, the Movant, Albert Lee Curtis Jr., Independent Administrator of the Estate of Kenneth Curtis, deceased Debtor, moves this Honorable Court for an Order granting a discharge to the Debtor in this cause.

/s/James L. Hardemon
Attorney for Debtor

James L. Hardemon #1126229
Legal Remedies Chartered
8525 Stony Island
Chicago, IL 60617
(773) 374-5288
bknotices@legalremedieschicago.com